**Order entered March 20, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01400-CV

### SAMUEL T. RUSSELL, Appellant

### V.

### DALLAS COUNTY, DALLAS COMMUNITY COLLEGE DISTRICT, PARKLAND HOSPITAL DISTRICT, DALLAS COUNTY SCHOOL EQUALIZATION FUND, DALLAS INDEPENDENT SCHOOL DISTRICT, AND THE CITY OF DALLAS, Appellees

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. TX-17-00880

## ORDER

Before the Court is appellees' March 19, 2019 second unopposed motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than April 18, 2019. We caution that further extension requests will be disfavored.

/s/    ERIN A. NOWELL
        JUSTICE